# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI - JACKSON DIVISION

| | |
|---|---|
| In Re: | Case No. 23-01983-JAW |
| LATASHIA CHINITA PARROTT, | Chapter 13 |
| Debtor(s). | |

### REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Rushmore Servicing and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for Rushmore Servicing and not as counsel of record.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Janet M. Spears
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

  a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

  b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

  c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

  d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: May 9, 2025           ALDRIDGE PITE, LLP

                /s/ Janet M. Spears
                Janet M. Spears
                ALDRIDGE PITE, LLP
                3333 Camino del Rio South
                Suite 225
                San Diego CA 92108
                Telephone: (858) 750-7600
                Facsimile:  (619) 590-1385
                bkecfinbox@aldridgepite.com

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI - JACKSON DIVISION

| | |
|---|---|
| In re | Case No. 23-01983-JAW |
| LATASHIA CHINITA PARROTT, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108.   I am over the age of eighteen years and not a party to this cause.

On May 9, 2025, I caused the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2025                                          /s/ Melissa Gonzalez

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Latashia Chinita Parrott
106 Eastwood Dr.
Forest, MS 39074

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
trollins@therollinsfirm.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street
Suite 400
Jackson, MS 39201
tpm@tpmartinch13.com