**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISION**

IN RE: LATASHIA CHINITA PARROTT   CASE NO.: 23-01983-JAW
                     CHAPTER: 13

**O R D E R**

Upon considering the Motion for Relief of Nationstar Mortgage LLC (Movant) (Dk# 68), the lack of opposition thereto being filed by opposing parties,

**IT IS ORDERED** that the automatic stay in the above and entitled and numbered case is hereby lifted insofar as the following described property is affected thereby, whether this case is converted to another Chapter of Title 11 of the United States Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the subject property located at 106 Eastwood Dr., Forest, MS 39074 is hereby abandoned from the Estate and Movant and/or Movant's successors, agents, and representatives, is permitted to proceed with all state law and contractual remedies or resolutions that may be available to the Movant.

And it is further ORDERED this Order is immediately effective and it's not stated by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any conversion of this case to any other chapter under the Bankruptcy Code.

## ##END OF ORDER##

Respectfully Submitted
Dean Morris, LLC
1820 Avenue of America
Monroe, LA  71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar#102418)
Attorney for Movant
kim.mackey@ms.creditorlawyers.com

TRUST 897 662

TRUST 897 320

EXHIBIT "A" TO DEED OF TRUST
EXECUTED BY LATASHIA CHINITA PARROTT
IN FAVOR OF THE CITIZENS BANK OF PHILADELPHIA
DATED JUNE 19, 2017

Lot 4, Eastwood Subdivision, Part One, City of Forest, according to the official plat thereof on file in the Office of the Chancery Clerk of Scott County, Mississippi.

SIGNED FOR IDENTIFICATION:

*/s/ Latashia Chinita Parrott*
LATASHIA CHINITA PARROTT