MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re: Latashia Chinita Parrott

n/a

*Debtor(s)*

Case No.: 23-01983-JAW

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Nationstar Mortgage LLC, a

[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

- BlackRock Inc.
  55 East 52nd Street, New York, NY 01005
- Vanguard Group Inc.
  100 Vanguard Blvd., Malvern, PA 19355

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: May 23, 2025

/s/ Kimberly D. Putnam
Attorney Signature

Kimberly D. Putnam
Attorney Name

(Bar #102418)
State Bar Number

1820 Avenue of America
Address

Monroe, Louisiana 7l201
City, State, and Zip Code

(3l8) 330-9020
Telephone Number

miss.bk@ms.creditorlawyers.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**