

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**LATASHIA CHINITA PARROTT,**                     **CASE NO. 23-01983-JAW**

**DEBTOR.**                                         **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Lift Automatic Stay and for Abandonment, or Alternatively for Adequate Protection filed by Nationstar Mortgage LLC (the "Motion") (Dkt. #68), the Trustee's Response (Dkt. #77, and the Debtor's Response (the "Responses") (Dkt. #78). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on June 23, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Responses hereby is continued and reset for July 14, 2025, at 10:00 AM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693