# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Latashia Chinita Parrott, Debtor**          Case No. 23-01983-JAW
                                                          **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S.
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: July 18, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          The Rollins Law Firm, PLLC
                                          P.O Box 13767
                                          Jackson, MS 39236
                                          601-500-5533
                                          trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Latashia Chinita Parrott, Debtor                Case No. 23-01983-JAW
                                                              CHAPTER 13

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 08/30/2023.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. Debtor does not currently own a vehicle and has been relying on her mother's vehicle to commute to and from work. She is no longer able to use her mother's vehicle and needs to obtain her own.
4. A Supplemental Schedule I and J (Dk #85) has been filed evidencing debtor's current income and expenses and demonstrating her ability to make the proposed direct payments for the vehicle loan.
5. Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and monthly payments not to exceed $450.00. Debtor will make payments directly to the lender in accordance with the terms of the loan agreement.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on July 18, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21-day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>LATASHIA CHINITA PARROTT | CASE NO: 23-01983-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 23-01983-JAW |
| LATASHIA CHINITA PARROTT | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 7/18/2025, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-01983-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JUL 18 8-33-20 PST 2025 | ~~(U)NATIONSTAR MORTGAGE LLC~~ | (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| EXCLUDE | | EXCLUDE |
| ~~(D)(P)NATIONSTAR MORTGAGE LLC~~<br>~~PO BOX 619096~~<br>~~DALLAS TX 75261-9096~~ | RUSHMORE SERVICING<br>JANET M SPEARS<br>ALDRIDGE PITE LLP<br>3333 CAMINO DEL RIO SOUTH SUITE 225<br>SAN DIEGO CA 92108-3808 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ |
| (P)ACCESSONE<br>2764 PLEASANT ROAD SUITE A<br>11803<br>FORT MILL SC 29708-7214 | AMERICAN CAR CENTER (CO WESTLAKE<br>PORTFOLIO MANAGEMENT WPM<br>4751 WILSHIRE BLVD SUITE 100<br>LOS ANGELES CA 90010-3847 | BAPTIST<br>PO BOX 745336<br>ATLANTA GA 30384-5336 |
| BRIDGECREST ACCEPTANCE CORPORATION<br>PO BOX 29018<br>PHOENIX AZ 85038-9018 | CARE CREDIT<br>PO BOX 71766<br>PHILADELPHIA PA 19179-0001 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS NV 89113-2273 | ERIC C MILLER ESQ<br>LOGS LEGAL GROUP LLP<br>FOR NATIONSTAR MORTGAGE LLC<br>1080 RIVER OAKS DRIVE SUITE B-202<br>FLOWOOD MS 39232-7603 | FRANCISCANS MISSIONARI<br>PO BOX 677963<br>DALLAS TX 75267-7963 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KIMBERLY D PUTNAM ESQ<br>DEAN MORRIS LLC<br>FOR NATIONSTAR MORTGAGE LLC<br>1820 AVENUE OF AMERICA<br>MONROE LA 71201-4530 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LACKEY MEMORIAL HOSPIT<br>PO BOX 1660<br>GREELEY CO 80632-1660 | MISSISSIPPI SPORTS MEDICINE AND<br>ORTHOPAE<br>CO WAKEFIELD ASSOCIATES LLC<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 |
| | EXCLUDE | |
| MR COOPER<br>8950 CYPRESS WATERS BL<br>COPPELL TX 75019-4620 | ~~(D)(P)NATIONSTAR MORTGAGE LLC~~<br>~~PO BOX 619096~~<br>~~DALLAS TX 75261-9096~~ | NELNET<br>PO BOX 82561<br>LINCOLN NE 68501-2561 |
| EXCLUDE | EXCLUDE | |
| ~~(D)RUSHMORE SERVICING~~<br>~~JANET M SPEARS~~<br>~~ALDRIDGE PITE LLP~~<br>~~3333 CAMINO DEL RIO SOUTH SUITE 225~~<br>~~SAN DIEGO CA 92108-3808~~ | ~~(D)(P)CONTINENTAL FINANCE COMPANY~~<br>~~PO BOX 3220~~<br>~~BUFFALO NY 14240-3220~~ | US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| EXCLUDE | DEBTOR | EXCLUDE |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~ ~~501 EAST COURT STREET~~ ~~SUITE 6-430~~ ~~JACKSON MS 39201-5022~~ | LATASHIA CHINITA PARROTT 106 EASTWOOD DR FOREST MS 39074-3805 | ~~THOMAS CARL ROLLINS JR~~ ~~THE ROLLINS LAW FIRM PLLC~~ ~~PO BOX 13767~~ ~~JACKSON MS 39236-3767~~ |

~~EXCLUDE~~

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN, CHAPTER 13~~
~~BANKRUPT~~
~~200 NORTH CONGRESS STREET, STE 400~~
~~JACKSON MS 39201-1902~~