**Fill in this information to identify the case:**

Debtor 1 Latashia Chinita Parrott

Debtor 2 ______
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number 23-01983-JAW

Official Form 410S1

# Amended **Notice of Mortgage Payment Change**

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 8101

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/1/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 1194.80

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 543.50 **New escrow payment:** $ 542.20

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

**Current HELOC payment:** **$______**

**Reconciliation amount:** **+ $______ or**
**- $______**

Debtor 1 Latashia Chinita Parrott
First Name Middle Name Last Name

Case number *(if known)* 23-01983-JAW

**Amount of next payment (including reconciliation amount)** **$_______**

**Amount of the new payment thereafter (without reconciliation amount)** **$_______**

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ________________________

**Current mortgage payment:** $ _______________ **New mortgage payment:** $ _______________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ [signature]
Signature

Date 10/05/2026

Print: Denise Turnbull
First Name Middle Name Last Name

Title Authorized Agent for Creditor

Company Aldridge Pite, LLP

Address Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number Street

Atlanta GA 30305
City State ZIP Code

Contact phone (404 ) 994-7400

Email dturnbull@aldridgepite.com

Rocket Mortgage

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060 | 5801 Postal Road | Cleveland, OH 44181

[redacted]

**Annual escrow account disclosure statement**

**Loan number**
[redacted]

**Property address**
106 EASTWOOD DR
FOREST, MS 39074

**Notice date**
08/31/2026

**Case number**
2301983

LATASHIA PARROTT
106 EASTWOOD DR
FOREST,MS 39074

Hi LATASHIA PARROTT,

An annual escrow analysis was performed on the above referenced account.

Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call our Bankruptcy Department at 866-316-2432. Our hours of operation are Monday through Friday from 8:30 a.m. to 9 p.m. ET and Saturday from 9 a.m. to 4 p.m. ET. Visit us on the web at www.RocketMortgage.com for more information.

Sincerely,

Your Rocket Servicing Team

Enclosure

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

Rocket Mortgage
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060 | 5801 Postal Road | Cleveland, OH 44181

Annual escrow account disclosure statement

**Loan number**
[redacted]

**Property address**
106 EASTWOOD DR
FOREST, MS 39074

**Notice date**
08/31/2026

**Case number**
2301983

**New payment effective date**
11/01/2026

LATASHIA PARROTT
106 EASTWOOD DR
FOREST,MS 39074

## 1. Your escrow account has a shortage

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Escrow tab.

Due to an increase in your taxes and/or insurance, your escrow account is short $1,980.67.

## 2. Your payment is changing

Pay $55.02 each month over the next 36 months. Your monthly escrow payment will decrease to $542.20 to cover escrow expenses.

### Breaking down the numbers

| | Current | New |
|---|---|---|
| Principal & interest | $652.60 | $652.60 |
| Escrow | $543.50 | $487.18 |
| Shortage/difference | $0.00 | $55.02 |
| **Monthly payment** | **$1,196.10** | **$1,194.80** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.

### Projected escrow account balance

| | |
|---|---|
| Projected minimum balance: | ($1,066.29) |
| Required minimum balance: | $914.38 |
| **Shortage amount:** | **$1,980.67** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

### Quick and easy payment options

RocketMortgage.com | Rocket Mortgage* mobile app | 24/7 access at (800) 4-ROCKET

THIS SPACE IS INTENTIONALLY LEFT BLANK

Rocket Mortgage

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060 | 5801 Postal Road | Cleveland, OH 44181

Annual escrow account disclosure statement

## 3. A closer look at your escrow account history

| Escrow account disbursement from September 2025 to October 2026 | | | | | |
|---|---|---|---|---|---|
| Estimated tax: | $640.54 | Estimated insurance: | $4,160.00 | Estimated total: | $4,800.54 |
| Actual tax: | $640.54 | Actual insurance: | $4,160.00 | Actual total: | $4,800.54 |

This section highlights the differences between the estimated and actual payment amounts for the taxes and/or insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and/or insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and/or insurance payment amounts are highlighted in yellow. Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

**Escrow account activity history for September 2025 to October 2026**

| | | Payments | | Disbursements | | Balance | |
|---|---|---|---|---|---|---|---|
| **Date** | **Activity** | **Estimated** | **Actual** | **Estimated** | **Actual** | **Estimated** | **Actual** |
| 09/2025 | Beginning | | | | | $2,378.60 | ($5,164.10) |
| 09/2025 | Deposit | $0.00 | $542.61 | $0.00 | $0.00 | $2,378.60 | ($4,621.49) |
| 10/2025 | Deposit | $0.00 | $1,085.22 | $0.00 | $0.00 | $2,378.60 | ($3,536.27) |
| 11/2025 | Deposit | $488.10 | $1,085.22 | $0.00 | $0.00 | $2,866.70 | ($2,451.05) |
| 12/2025 | City tax | $488.10 | $0.00 | $685.71 | $685.72 | $2,669.09 | ($3,136.77) |
| 12/2025 | County tax | $0.00 | $0.00 | $640.54 | $619.05 | $2,028.55 | ($3,755.82) |
| 01/2026 | Deposit | $488.10 | $542.61 | $0.00 | $0.00 | $2,516.65 | ($3,213.21) |
| 02/2026 | Deposit | $488.10 | $1,627.83 | $0.00 | $0.00 | $3,004.75 | ($1,585.38) |
| 03/2026 | County tax | $488.10 | $543.50 | $0.00 | $21.49 | $3,492.85 | ($1,063.37) |
| 04/2026 | Deposit | $488.10 | $1,087.00 | $0.00 | $0.00 | $3,980.95 | $23.63 |
| 05/2026 | Deposit | $488.10 | $1,087.00 | $0.00 | $0.00 | $4,469.05 | $1,110.63 |
| 06/2026 | Deposit | $488.10 | $543.50 | $0.00 | $0.00 | $4,957.15 | $1,654.13 |
| 07/2026 | Hazard sfr** | $488.10 | $1,087.00 | $4,160.00 | $4,160.00 | $1,285.25 | ($1,418.87) |
| 07/2026 | Usda rural | $0.00 | $0.00 | $370.89 | $359.89 | $914.36 | ($1,778.76) |
| 08/2026 | Deposit | $488.10 | $1,630.50 | $0.00 | $0.00 | $1,402.46 | ($148.26) |
| 09/2026 | Deposit | $488.10 | $0.00 | $0.00 | $0.00 | $1,890.56 | ($148.26) |
| 10/2026 | Deposit** | $488.10 | $543.50 | $0.00 | $0.00 | $2,378.66 | $395.24 |
| | **Totals** | **$5,857.20** | **$11,405.49** | **$5,857.14** | **$5,846.15** | **$2,378.66** | **$395.24** |

**This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.

Rocket Mortgage
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060 | 5801 Postal Road | Cleveland, OH 44181

Annual escrow account disclosure statement

## 4. A closer look at projections for your escrow account

**Escrow account disbursement from September 2025 to October 2026**

| Description | Annual amount |
|---|---|
| County Tax | $640.54 |
| City Tax | $685.72 |
| Usda Rural | $359.89 |
| Hazard Sfr | $4,160.00 |
| **Total annual taxes and/or insurance:** | **$5,846.15** |
| **New monthly escrow payment:** | **$487.18** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $914.38. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and/or insurance.

The actual amounts paid out for taxes and/or insurance as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

**Future escrow account activity for November 2026 to October 2027**

| | | Payments | Disbursements | Balance | |
|---|---|---|---|---|---|
| **Date** | **Activity** | **Estimated** | **Estimated** | **Estimated** | **Required** |
| 11/2026 | Beginning | | | $395.24 | $2,375.91 |
| 11/2026 | Deposit | $487.18 | $0.00 | $882.42 | $2,863.09 |
| 12/2026 | City tax | $487.18 | $685.72 | $683.88 | $2,664.55 |
| 12/2026 | County tax | $0.00 | $640.54 | $43.34 | $2,024.01 |
| 01/2027 | Deposit | $487.18 | $0.00 | $530.52 | $2,511.19 |
| 02/2027 | Deposit | $487.18 | $0.00 | $1,017.70 | $2,998.37 |
| 03/2027 | Deposit | $487.18 | $0.00 | $1,504.88 | $3,485.55 |
| 04/2027 | Deposit | $487.18 | $0.00 | $1,992.06 | $3,972.73 |
| 05/2027 | Deposit | $487.18 | $0.00 | $2,479.24 | $4,459.91 |
| 06/2027 | Deposit | $487.18 | $0.00 | $2,966.42 | $4,947.09 |
| 07/2027 | Hazard sfr | $487.18 | $4,160.00 | ($706.40) | $1,274.27 |
| 07/2027 | Usda rural | $0.00 | $359.89 | ($1,066.29) | $914.38[L] |
| 08/2027 | Deposit | $487.18 | $0.00 | ($579.11) | $1,401.56 |
| 09/2027 | Deposit | $487.18 | $0.00 | ($91.93) | $1,888.74 |
| 10/2027 | Deposit | $487.18 | $0.00 | $395.25 | $2,375.92 |
| | **Totals** | **$5,846.16** | **$5,846.15** | **$395.25** | **$2,375.92** |

[L]This amount denotes the projected low point balance.

**Bankruptcy adjustment** - The Prior year account history and Coming year projections section of the Annual Escrow Account Disclosure statement may contain a line item called "Bankruptcy adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI - JACKSON DIVISION**

| | |
|---|---|
| In re<br><br>LATASHIA CHINITA PARROTT,<br><br>Debtor(s). | Case No. 23-01983-JAW<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Darronica Smith, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 3333 Camino del Rio South, Suite 225, San Diego CA 92108. I am over the age of eighteen years and not a party to this cause.

On October 6, 2026, I caused the AMENDED NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Darronica Smith
DARRONICA SMITH

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Latashia Chinita Parrott
106 Eastwood Dr.
Forest, MS 39074

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Thomas Carl Rollins, Jr

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Torri Parker Martin

Semoune L Ellis

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee